IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TERRENCE BETHEA, | : | |
| *Petitioner*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| VINCENT MOONEY, et al., | : | No. 18-4033 |
| *Respondents.* | : | |

## ORDER

**AND NOW**, this 11th day of January, 2022, upon careful and independent consideration of Petitioner Terrence Bethea's Petition for Writ of Habeas Corpus (Doc. No. 2), the Respondents' Response to the Petition (Doc. No. 17), Magistrate Judge Linda K. Caracappa's Report and Recommendation (Doc. No. 18), and Mr. Bethea's Objections to the Report and Recommendation (Doc. No. 37), consistent with the accompanying Memorandum it is **ORDERED** that:

1. The Report and Recommendation (Doc. No. 18) is **APPROVED** and **ADOPTED**.

2. The Petition for Writ of Habeas Corpus is **DISMISSED** with prejudice.

3. There is no probable cause to issue a certificate of appealability.

4. The case shall remain **CLOSED**, including for statistical purposes.

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE